**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | No. 478 |
| | : | |
| APPOINTMENT TO INTERBRANCH | : | JUDICIAL ADMINISTRATION DOCKET |
| | : | |
| COMMISSION FOR GENDER, RACIAL | : | |
| | : | |
| AND ETHNIC FAIRNESS | : | |

**ORDER**

**PER CURIAM**

AND NOW, this 18th day of January, 2017, Katherine J. Gomez, Esquire, Philadelphia, is hereby appointed as a member of the Interbranch Commission for Gender, Racial and Ethnic Fairness for a term expiring December 31, 2018.